IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD HAUSMAN,
    Plaintiff,

vs.                              3:06cv297/RV/MD

COREY FLEETION,
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's pro se motion to dismiss or withdraw his case. (Doc. 7). Plaintiff wishes to do this because he feels he is not prepared to proceed with the case at this time.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 7) be granted and this case be dismissed <u>without prejudice</u>.

At Pensacola, Florida, this 15th day of August, 2006.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**