IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DONALD HAUSMAN,**
    Plaintiff,

vs.                              3:06cv297/RV/MD

**COREY FLEETION,**
    Defendant.
_____

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 15, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion to dismiss (doc. 7) is granted and this case is dismissed without prejudice.

    DONE AND ORDERED this 13th day of September, 2006.

                                                   */s/ Roger Vinson*
                                                   **ROGER VINSON**
                                                   **SENIOR UNITED STATES DISTRICT JUDGE**